516 A.2d 706

**COMMONWEALTH of Pennsylvania, Appellant,**

v.

**James R. FARREN, George Edward Hanson, Jr., Appellees.**

Supreme Court of Pennsylvania.

Argued Sept. 18, 1986.

Decided Nov. 6, 1986.

Richard A. Hernan, Jr., Dist. Atty., Jury Trypupenko, Warren, for appellant.

Joseph A. Massa, Jr., Office of the Public Defender, Bonavita, Warren, for appellees.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, HUTCHINSON, ZAPPALA and PAPADAKOS, JJ.

## ORDER OF THE COURT

PER CURIAM.

Appeal dismissed as improvidently granted.

LARSEN, McDERMOTT and PAPADAKOS, JJ., dissent.